UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>DARRIN M. HARTLEY,<br><br>                    Defendant. | Case No. 10-320-RSM<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND APPOINTING NEW COUNSEL** |

The Court **GRANTS** defendant's motion to permit his current lawyer, Todd Maybrown, to withdraw, Dkt. 96, and **ORDERS**:

1. Defendant's lawyer Todd Maybrown may withdraw, once new counsel is appointed.

2. New counsel from the CJA panel shall be appointed to represent defendant.

3. The Clerk shall provide a copy of this order to the parties and assigned District Judge.

DATED this 7th day of November, 2017

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL AND APPOINTING
NEW COUNSEL - 1